UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRC Environmental, Inc. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| The *Resolve*, her equipment, engines, tackle, furniture, apparel and appurtenances, *in rem*, Barge 650-3, her equipment, engines, tackle, furniture, apparel and appurtenances, *in rem*, Intrepid Ship Management, Inc., Vessel Management Services, Inc., and Crowley Maritime Corporation, *in personam* | § § § § § § § § § | Civil Action No. 4:12-cv-03576<br><br>Fed. R. Civ. P. 9(h) – Admiralty |
| Defendants | § | |

## **PLAINTIFF'S NOTICE OF DISMISSAL**

COMES NOW, Plaintiff and files this its notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is PRC Environmental, Inc.; Defendants are The *Resolve*, her equipment, engines, tackle, furniture, apparel and appurtenances, *in rem*, Barge 650-3, her equipment, engines, tackle, furniture, apparel and appurtenances, *in rem*, Intrepid Ship Management, Inc., Vessel Management Services, Inc., and Crowley Maritime Corporation, *in personam*.

2. On December 7, 2012, Plaintiff sued Defendants.

3. Defendants have not been served with process and have not served an answer or a motion for summary judgment; therefore, voluntary dismissal without a Court order is proper pursuant to the above-cited authority.

4. This dismissal is without prejudice.

    Respectfully submitted,

    **THE KIM LAW FIRM**

    */s/ John H. Kim*
    John H. Kim
    TX State Bar No. 00784393
    Federal ID No. 15626
    4309 Yoakum Boulevard, Suite 2000
    Houston, TX 77006
    Telephone:  713 522 1177
    Facsimile:   888 809 6793
    jhk@thekimlawfirm.com

    ATTORNEYS FOR PLAINTIFF

**OF COUNSEL**:

Spagnoletti & Co.
Francis I. Spagnoletti
TX State Bar No. 18869600
Federal ID No. 5369
David S. Toy
TX State Bar No. 24048029
Federal ID No. 588699
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:  713 653 5600
Facsimile:   713 653 5656
fspagnoletti@spaglaw.com
dtoy@spaglaw.com

The Kim Law Firm
Denise H. Mitchell
TX State Bar No. 24010933
Federal ID No. 56991
denise@thekimlawfirm.com